# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

MARY HJELM,

                         Plaintiff,

   vs.

ASSET ACCEPTANCE, LLC, ET AL,

                    Defendants.

**Case No.  CV-09-00129-LRS**

**CIVIL MINUTES**

**DATE:  8/4/09**

**LOCATION:   YAKIMA**

**TELEPHONIC SCHEDULING CONFERENCE**

| Judge LONNY R. SUKO | | |
|---|---|---|
| Laura McClure<br><br>**Courtroom Deputy** | Beth Ross<br><br>**Law Clerk** | Not Reported<br><br>**Court Reporter** |
| Michael D. Kinkley<br><br>**Plaintiff's Counsel** | Carl E. Hueber<br>John D. Munding<br>**Defendant's Counsel** | |

[ ]  **Open Court**       [ ]  **Chambers**     [X]  **Telecon By:**

Court and counsel set the following schedule:

Initial Disclosures by: 8/31/09
Motion to Amend/Add Parties by: 12/15/09
Expert Disclosures by: Plaintiff - 11/25/09;   Defendant - 12/24/09;  Rebuttal - 1/25/10
Discovery Deadline: 2/23/10
Dispositive Motion Deadline: 3/9/10
Daubert Motion Deadline: 3/9/10

**Telephonic Status Conference set: 4/27/10 @ 9:30 a.m. Y/LRS**

Trial Witnesses/Exhibits: 5/3/10;     w/objections by: 5/17/10
Motions in Limine by: 6/7/10
Trial Brief, etc. by: 6/17/10

**Telephonic Pre-Trial Conference Hearing: 6/29/10 @ 10:00 a.m.   Y/LRS**
**Bench Trial: 7/12/10 @ 1:00 p.m.   S/LRS**  (4 Days)

This matter referred to Magistrate Judge Imbrogno for mediation, to be heard later than 1/4/10.

**[X] ORDER FORTHCOMING**

| CONVENED: 9:00 AM | ADJOURNED: 9:15 AM | TIME: 15 MINUTES | CALENDARED [   ] |
|---|---|---|---|